# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FRESH & EASY, LLC,[1]<br><br>               Debtor. | Chapter 11<br>Bankruptcy Case No. 15-12220-BLS<br>(Jointly Administered) |
| DIANA CHAN, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br>      v.<br><br>FRESH & EASY, LLC, THE YUCAIPA COMPANIES LLC, and YFE HOLDINGS, INC.,<br><br>               Defendants. | Adversary Proceeding No. 15-51897-BLS |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIANA CHAN, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br>      v.<br><br>FRESH & EASY, LLC, THE YUCAIPA COMPANIES LLC, and YFE HOLDINGS, INC.,<br><br>               Defendants. | Case No. 16-cv-00990-UNA |

**STATEMENT OF ISSUES, DESIGNATION OF RECORD, AND CERTIFICATE REGARDING TRANSCRIPTS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8009**

---

[1] The last four digits of the Debtor's federal taxpayer identification number are 8906. The Debtor's mailing address is Howard Hughes Center, 6080 Center Drive, 6th Floor, Los Angeles, CA 90045.

54567/0001-13782918v1

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 8009-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), appellant Fresh & Easy, LLC ("Appellant"), by and through its undersigned counsel, hereby designates the issues and record presented on appeal and files this certificate stating that the Appellant is not ordering a transcript, in connection with its appeal under 28 U.S.C. § 158 from the Order of the United States Bankruptcy Court for the District of Delaware (Honorable Brendan L. Shannon, Chief Judge), entered on October 11, 2016 [Adversary Docket No. 71], denying Fresh & Easy's Motion to Compel Arbitration (the "Order"), and the related Opinion, entered on October 11, 2016 [Adversary Docket No. 70] (the "Opinion").[2]

## I. Statement of Issues on Appeal from the Order

1. Whether the Bankruptcy Court erred in its determination that an agreement that requires an employer and employee to resolve employment-related disputes through arbitration on an individual basis, and waive class and collective proceedings, is unenforceable pursuant to Section 2 of the Federal Arbitration Act ("FAA"), 9 U.S.C. § 2, because it violates Section 7 of the National Labor Relations Act ("NLRA"), 29 U.S.C. § 157.

2. Whether the Bankruptcy Court erred in its determination that Section 8 of the NLRA renders an agreement invalid that requires an employer and employee to resolve employment-related disputes through arbitration on an individual basis, and waive class and collective proceedings, because it violates Section 7 of the NLRA.

3. Whether the Bankruptcy Court erred in its determination that an agreement that requires an employer and employee to resolve employment-related disputes through arbitration

---

[2] The Yucaipa Companies, LLC ("Yucaipa") and YFE Holdings, Inc. ("YFE") are named co-defendants in the adversary action. The adversary action is stayed as to Yucaipa and YFE [Adv. Docket No. 15]. They are not parties to this appeal.

on an individual basis, and waive class and collective proceedings, is unenforceable pursuant to the NLRA regardless of whether the agreement contains a provision under which the employee can opt out of such agreement.

## II. Designation of Record on Appeal

Appellant hereby designates the following items to be included in the record on appeal, together with all exhibits, attachments and documents incorporated by reference therein:

| A. Documents Filed in Adversary Proceeding No. 15-51897-BLS | | |
|---|---|---|
| **Docket No.** | **Docket Entry Date** | **Docket Description** |
| 1 | 11/12/2015 | Complaint |
| 3 | 11/18/2015 | Summons and Notice of Pretrial Conference in an Adversary Proceeding |
| 5 | 12/14/2015 | Order Approving Stipulation Extending Time to Answer or Otherwise Respond to Complaint |
| 13 | 01/06/2016 | Certification of Counsel Regarding Stipulation to Stay Proceedings |
| 26 | 01/25/2016 | Motion of Defendant Fresh & Easy, LLC to Compel Arbitration |
| 27 | 01/25/2016 | Memorandum of Law in Support of Motion of Defendant Fresh & Easy, LLC to Compel Arbitration |
| 28 | 01/25/2016 | Declaration of David Van Pelt |
| 29 | 01/25/2016 | Declaration of Andrew Taylor |
| 34 | 02/08/2016 | Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Compel Arbitration |
| 36 | 02/16/2016 | Reply in Support of Defendant Fresh & Easy, LLC's Motion to Compel Arbitration |
| 38 | 02/19/2016 | Plaintiff's Surreply Memorandum of Law in Further Opposition to Defendant's Motion to Compel Arbitration |
| 41 | 02/25/2016 | Transcript |
| 45 | 02/26/2016 | Notice of Completion of Briefing |
| 62 | 06/06/2016 | Diana Chan's Motion for Leave to File Supplemental Briefing |
| 63 | 06/06/2016 | Declaration of Rosemary J. Piergiovanni in Support of the Motion for Leave to File Supplemental Briefing |
| 64 | 06/20/2016 | Order |
| 65 | 07/05/2016 | Plaintiff's Memorandum of Law in Further Opposition to Defendant's Motion to Compel Arbitration |

| A.  Documents Filed in Adversary Proceeding No. 15-51897-BLS | | |
|---|---|---|
| **Docket No.** | **Docket Entry Date** | **Docket Description** |
| 67 | 07/19/2016 | Defendant's Fresh & Easy, LLC's Response to Plaintiff's Supplemental Brief in Opposition to Defendant's Motion to Compel Arbitration |
| 68 | 08/02/2016 | Notice of Completion of Briefing |
| 70 | 10/11/2016 | Opinion |
| 71 | 10/11/2016 | Order |

### III.  Certificate Regarding Transcripts

Pursuant to Rule 8009(b)(1)(A) of the Federal Rules of Bankruptcy Procedure, Appellant hereby files this certificate and states that the relevant transcript has been prepared and is filed on the docket and is designated in the foregoing designation of the record.

Dated:  November 7, 2016

        COLE SCHOTZ P.C.

        */s/ Patrick J. Reilley*
        Norman L. Pernick (No. 2290)
        J. Kate Stickles (No. 2917)
        Patrick J. Reilley (No. 4451)
        500 Delaware Avenue, Suite 1410
        Wilmington, Delaware 19801
        Telephone: (302) 651-2000
        Facsimile:  (302) 652-3117
        npernick@coleschotz.com
        kstickles@coleschotz.com
        preilley@coleschotz.com

        -and-

        KELLEY DRYE & WARREN LLP
Michael L. Gallion (Admitted *pro hac vice)*
David Van Pelt (Admitted *pro hac vice)*
10100 Santa Monica Boulevard, 23rd Floor
Los Angeles, California 90067
Telephone: (310) 712-6100
Facsimile: (310) 712-6199
mgallion@kelleydrye.com
dvanpelt@kelleydrye.com

*Attorneys for Appellant Fresh & Easy, LLC*